[No. 923.]

THE STATE OF NEVADA, APPELLANT, *v.* THE CON-SOLIDATED VIRGINIA MINING COMPANY, RESPONDENT.

[The State *v.* The California Mining Company *ante*, affirmed.]

APPEAL from the District Court of the First Judicial District, Storey County.

*M. A. Murphy*, Attorney-General, for Appellant.

*C. J. Hillyer*, for Respondent.

By the Court, LEONARD, J.:

The only question involved in this case is the same as that decided in the case of *The State* v. *The California M. Co. and the California Mine* (No. 922), and upon the authority of that case the order appealed from herein is reversed.